AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BREEN, JDANIEL | WESTERN DISTRICT OF TENNESSEE | 5/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE/ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

444 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | National Conference of Federal Trial Judges |
| 2. | Board of Directors | Federal Judges' Association |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/2/2012-2/5/2012 | New Orleans, LA | National Conference of Federal Trial Judges | travel, lodging and meals |
| 2. | American Bar Association | 5/3/2012-5/5/2012 | National Harbor, MD | Strategic Planning Meeting | travel, lodging and meals |
| 3. | Federal Judges Association | 5/8/2012-5/10/2012 | Washington, D.C. | Board of Directors Meeting | travel, lodging and meals |
| 4. | American Bar Association | 8/2/2012-8/7/2012 | Chicago, IL | Annual Meeting | travel, lodging and meals |
| 5. | American Bar Association | 9/12/2012-9/14/2012 | Chicago, IL | Section Officers Conference | travel, lodging and meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | L | T | Sold (part) | 11/15/12 | K | E | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. Waddell & Reed Acct | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 12. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Bond Port | A | Dividend | J | T | Sold (part) | 10/12/12 | J | A | |
| 14. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed High Income Port | A | Dividend | J | T | Sold (part) | 10/12/12 | J | A | |
| 17. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 19. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 25. ING Acct. | | | | | | | | | |
| 26. ING Am. Fds. Gwth-Inc. Port | A | Dividend | J | T | | | | | |
| 27. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 28. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 29. ING JP Morgan Small Cap Cove Eq. Port | A | Dividend | J | T | | | | | |
| 30. ING An. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 31. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 32. American Century Adj. Bd. | A | Dividend | J | T | | | | | |
| 33. Cambiar Opp. Fd. | A | Dividend | | | Sold | 9/24/12 | J | A | |
| 34. MFS Value Fd. | A | Dividend | J | T | Buy | 9/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Delaware Corp. Bd. Fund | A | Dividend | J | T | | | | | |
| 36. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |
| 37. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 38. Eaton Vance Floating Rate Fd. | A | Dividend | | | Sold | 3/5/12 | J | A | |
| 39. Federated Strategic Value Div. | A | Dividend | J | T | Sold (part) | 3/23/12 | J | A | |
| 40. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 41. General Electric - CS | A | Dividend | J | T | | | | | |
| 42. FPA New Income Inc. | A | Dividend | J | T | | | | | |
| 43. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 44. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 45. Metropolitan West Total Bd. Fd. | A | Dividend | J | T | | | | | |
| 46. McDonalds - CS | A | Dividend | J | T | | | | | |
| 47. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 48. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 49. Prudential Short Term Corp. Fd. | A | Dividend | J | T | | | | | |
| 50. TCW Total Return Bd. Fd. | A | Dividend | J | T | | | | | |
| 51. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA- MERRILL LYNCH | | | | | | | | | |
| 53. American Century Adj. Bd. | A | Dividend | J | T | | | | | |
| 54. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |
| 55. Eaton Vance Floating Rate Fd. | A | Dividend | | | Sold | 3/5/12 | K | A | |
| 56. Permanent Portfolio Fd. | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 57. Federated Strategic Value Fd. | A | Dividend | J | T | | | | | |
| 58. First Eagle Gold Fd. | A | Dividend | | | Sold | 3/23/12 | J | A | |
| 59. TCW Total Return Bd. Fd. | B | Dividend | K | T | Buy | 6/6/12 | K | | |
| 60. Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 61. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 62. Pimco Total Return Fd. | A | Dividend | | | Sold | 3/23/12 | K | A | |
| 63. Oakmark Select Fd. | A | Dividend | K | T | Buy | 3/23/12 | K | | |
| 64. Fidelity Advisor | A | Dividend | | | Sold | 3/23/12 | J | A | |
| 65. Wells Fargo Adv. Small Cap Fd. | A | Dividend | J | T | | | | | |
| 66. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 67. Prudential Jennison Value Fd. | A | Dividend | | | Sold | 3/23/12 | K | A | |
| 68. Prudential Short Term Corp. Bd. Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Glbl Bond Fd. | A | Dividend | J | T | | | | | |
| 70. American Century Inflation Adj. Bd. | A | Dividend | J | T | | | | | |
| 71. Dreyfus Appreciation Fd. | A | Dividend | J | T | | | | | |
| 72. Wells Fargo Adv. Small Cap. Fd. | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 73. Eaton Vance Floating Rat Fd. | A | Dividend | | | Sold | 3/5/12 | J | A | |
| 74. The Oakmark Select Fd. | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 75. Federated Strategic Value Fd. | A | Dividend | J | T | | | | | |
| 76. TCW Total Return Bd. Fd. | A | Dividend | J | T | Buy | 6/6/12 | J | | |
| 77. First Eagle Gold Fd. | A | Dividend | | | Sold | 3/23/12 | J | A | |
| 78. Permanent Portfolio Fd. | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 79. Ivy Asset Strategy | A | Dividend | J | T | | | | | |
| 80. Mainstay Strategy Fd. | A | Dividend | J | T | Buy | 10/27/12 | J | | |
| 81. Merrill Lynch Money Market Fd. | A | Interest | J | T | | | | | |
| 82. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | Buy | 10/27/12 | J | | |
| 83. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 84. Prudential Short Term Bd. Fd. | A | Dividend | J | T | Buy | 3/23/12 | J | | |
| 85. Procter & Gamble CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 87. Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 88. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 89. Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 90. BanCorp South CD | A | Interest | J | T | | | | | |
| 91. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 92. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 93. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 94. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 95. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 96. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |
| 97. TRUST #1 | | | | | | | | | |
| 98. ML Bank Deposit Program | A | Interest | K | T | | | | | |
| 99. SP500 Stepup Issuer BAC | A | Interest | | | Sold | 11/26/12 | K | A | |
| 100. SP500 ARN Issuer BAC | A | Interest | K | T | Buy | 11/29/12 | K | | |
| 101. Global CLIRN Issuer BAC | A | Interest | | | Sold | 7/27/12 | K | A | |
| 102. Basket CLIRN Issuer BAC | A | Interest | K | T | Buy | 7/27/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MUTUAL FUNDS | | | | | | | | | |
| 104. Columbia Acorn Fd. | A | Dividend | | | Sold | 1/20/12 | J | A | |
| 105. First Eagle Global | B | Dividend | K | T | Buy | 1/20/12 | K | | |
| 106. Janus Forty Fd | A | Dividend | | | Sold | 1/20/12 | J | A | |
| 107. Bernstein Adv. Qulty. Inc. | A | Dividend | J | T | Buy | 1/20/12 | J | | |
| 108. John Hancock Strategic Incm. | A | Dividend | | | Sold | 01/20/12 | J | A | |
| 109. Intrepid Small Cap Fd. | A | Dividend | J | T | Buy | 01/20/12 | J | | |
| 110. Lord Abbett National T/F | B | Dividend | | | Sold | 01/20/12 | J | A | |
| 111. Invesco Bd. Fd. | A | Dividend | J | T | Buy | 01/20/12 | J | | |
| 112. Nuveen High Yield Muni Bd. Fd. | B | Dividend | | | Sold | 01/20/12 | J | | |
| 113. Ivy Asset Strategy Fd. | B | Dividend | J | T | Buy | 01/20/12 | J | | |
| 114. Oppenheimer Developing Mkts. Fd. | B | Dividend | | | Sold | 01/20/12 | J | A | |
| 115. John Hancock Inc. Fd. | B | Dividend | K | T | Buy | 01/20/12 | K | | |
| 116. Pimco Global Multi Asset Fd. | A | Dividend | | | Sold | 01/20/12 | J | A | |
| 117. Loomis Sayles Corp Plus Bd. Fd. | A | Dividend | K | T | Buy | 01/20/12 | K | | |
| 118. Templeton Global Bond Fd. | A | Dividend | K | T | | | | | |
| 119. Eksport ARN Gold Spot | A | Dividend | | | Sold | 7/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Gold ARN Issuer, SEK | A | Dividend | J | T | Buy | 7/26/12 | J | | |
| 121. SEK ARN RICIGLER | A | Dividend | J | T | | | | | |
| 122. Permanent Portfolio Fd. | A | Dividend | J | T | Buy | 01/20/12 | J | | |
| 123. Pimco All Asset Auth. Fd. | B | Dividend | J | T | Buy | 01/20/12 | J | | |
| 124. Van Kampn Unit Trs 1176 | B | Interest | J | T | Buy | 01/20/12 | J | | |
| 125. Western Asset High Yield Fd. | A | Dividend | J | T | Buy | 01/20/12 | J | | |
| 126. Yacktman Focused Fd. | A | Dividend | K | T | Buy | 01/20/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, JDANIEL | 5/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JDANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544